IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-CV-00518-GEB-DAD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SHOW CAUSE |
| SARAD CHAND, ) | |
| ) | |
| Defendant. ) | |

  Upon the motion of the United States of America and the Declaration of Aaron Bailey, it is hereby

  ORDERED that the Defendant, Sarad Chand, shall appear before United States District Judge Garland E. Burrell, in Courtroom 10 in the United States District Courthouse in Sacramento, California on the 12th day of January, 2016, at 8:30 a.m., to show cause why he should not be held in contempt of this Court's May 19, 2015 Order.

  It is further ORDERED that:

  1. A copy of this Order, together with the petition, memorandum of points and authorities, the Declaration of Aaron Bailey and its exhibits, and the Declaration of Aaron Bailey, shall be served upon the respondent in accordance with Fed. R. Civ. P. 5.

  2. If defendant Sarad Chand has any defense to present or opposition to the United States' motion, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States in Washington D.C., at least fourteen (14) days

1 | prior to the date set for the show cause hearing.  The United States may file a reply memorandum
2 | to any opposition at least five (5) court days prior to the date set for the show cause hearing.
3 |    3.  At the show cause hearing, the Court will consider all issues raised by respondent
4 | Sarad Chand.  Only those issues brought into controversy by the responsive pleadings and
5 | supported by affidavit will be considered.  Any uncontested allegation in the United States'
6 | motion and supporting documents will be considered admitted.
7 |    Dated:  December 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge