UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SARAD CHAND,<br><br>        Defendant. | No. 2:15-cv-00518-GEB-DAD<br><br>**ORDER AMENDING ORDER TO SHOW CAUSE** |

The Order to Show Cause filed on December 2, 2015, (ECF No. 13), is amended, in part, as follows:

Defendant, Sarad Chand, shall appear before United States District Judge Garland E. Burrell, in Courtroom 10 in the United States District Courthouse in Sacramento, California on the **14th day of January, 2016, at 9:00 a.m.**, to show cause why he should not be held in contempt of this Court's May 19, 2015 Order.

Further, the hearing on the government's motion for contempt, (ECF No. 12), is also rescheduled to January 14, 2016, at 9:00 a.m. in Courtroom 10.

Dated: December 15, 2015

                                              GARLAND E. BURRELL, JR.
                                              Senior United States District Judge