UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

SARAD CHAND,

          Defendant.

No. 2:15-cv-00518-GEB-DAD

**ORDER TO SHOW CAUSE**

       The government is Ordered to Show Cause in a writing to be filed no later than January 8, 2016, at 3:00 PM, why the hearing scheduled on January 14, 2016, at 9:00 AM, should not be vacated since it is unclear whether Defendant Sarad Chand can be expected to appear since he was served with the Order to Show Cause, (ECF No. 15), at a federal correctional institution in Texas.

Dated:  January 6, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

1