UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SARAD CHAND,<br><br>        Defendant. | No. 2:15-cv-00518-GEB-DAD<br><br>**ORDER** |

The government's response to the Order to Show Cause, (ECF No. 16), confirms that the hearing scheduled to commence on January 14, 2016, at 9:00 AM, shall be held as scheduled.

Dated:  January 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1